UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Michael A. Hammer |
| v. | : | Mag. No.: 19-4015 |
| EDWARD KOSTISHION, | : | |
| Defendant. | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the application of Craig Carpenito, United States Attorney for the District of New Jersey (Bernard J. Cooney, Assistant U.S. Attorney, appearing), and defendant EDWARD KOSTISHION (Patrick McMahon, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 United States Code, Section 3161(b); and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to

enter the plea in Court, which would thereby render trial of this matter unnecessary.

    2. The defendant has consented to the aforementioned continuance.

    3. The grant of a continuance will likely conserve judicial resources.

    4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

    **WHEREFORE**, it is on this _10th_ day of _June_ 2019,

    **ORDERED** that the proceedings in the above-captioned matter are continued from the date of this Order through and including September 18, 2019; and

    **IT IS FURTHER ORDERED** that the period from the date of this Order through and including September 18, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

*[signature]*

HON. Michael A. Hammer
**United States Magistrate Judge**

Consented and Agreed By:

/s/ Patrick McMahon

Patrick McMahon
Assistant Federal Public Defender
Attorney for defendant EDWARD KOSTISHION


/s/Bernard J. Cooney
Bernard J. Cooney
Assistant United States Attorney